1  BRADLEY S. PHILLIPS (State Bar No. 085263)
   JOHN M. RAPPAPORT (State Bar No. 254459)
2  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 35th Floor
3  Los Angeles, CA 90071-1560
   Telephone:    (213) 683-9100
4  Facsimile:    (213) 687-3702

5  MICHELLE FRIEDLAND (State Bar No. 234124)
   MUNGER, TOLLES & OLSON LLP
6  560 Mission Street, 27th Floor
   San Francisco, CA 94105-2907
7  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
8
   CHARLES F. ROBINSON (State Bar No. 113197)
9  KAREN J. PETRULAKIS (State Bar No. 168732)
   MARGARET L. WU (State Bar No. 184167)
10 OFFICE OF THE GENERAL COUNSEL
   UNIVERSITY OF CALIFORNIA
11 1111 Franklin Street
   Oakland, CA 94607
12 Telephone:    (510) 987-9800
   Facsimile:    (510) 987-9757
13
   Attorneys for Defendants
14 THE REGENTS OF THE UNIVERSITY OF
   CALIFORNIA; MARK G. YUDOF; MARYE
15 ANNE FOX; GARY MATTHEWS

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| 19  TIMOTHY WHITE, ROBERT L. BETTINGER, and MARGARET SCHOENINGER, | CASE NO. C12-01978 RS |
| 20                     Plaintiffs, | **STIPULATION FOR ENTRY OF PRELIMINARY INJUNCTION; [~~PROPOSED~~] PRELIMINARY INJUNCTION** |
| 21       vs. | |
| 22  THE UNIVERSITY OF CALIFORNIA; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; MARK G. YUDOF, in his individual and official capacity as President of the University; MARYE ANNE FOX, in her individual and official capacity as Chancellor of the University of California, San Diego; GARY MATTHEWS, in his individual and official capacity as Vice Chancellor of the University of California, San Diego; and DOES 1-50, inclusive, | |
| 27                     Defendants. | |

# **STIPULATION**

1. On April 27, 2012, this Court entered a temporary restraining order ("TRO") enjoining Defendants University of California, The Regents of the University of California, Mark G. Yudof, Marye Anne Fox, Gary Matthews, Does 1-50, their employees, agents, servants, assigns, and all those acting in concert with them, including but not limited to, the San Diego Archaeological Center, from "changing in any manner the current condition and location of the La Jolla Skeletons, and associated funerary objects." The Court noted that "[i]n the highly unlikely event that a natural disaster or other act of God requires the University to relocate the Skeletons for the sake of preservation, contrary to defendants' concern, a finding of contempt is not a realistic prospect." (Docket No. 19.)

2. To avoid burdening the Court and the parties with proceedings on an order to show cause, Defendants are willing to stipulate to this Court's entry of a preliminary injunction with the same terms as the TRO.

THEREFORE, the parties stipulate to the entry of a preliminary injunction with the same terms as the TRO, as follows:

> The Regents of the University of California, Mark G. Yudof, Marye Anne Fox, Gary Matthews, Does 1-50, their employees, agents, servants, assigns, and all those acting in concert with them, including but not limited to, the San Diego Archaeological Center, ARE HEREBY ENJOINED AND RESTRAINED until entry of judgment in this action from changing in any manner the current condition and location of the La Jolla Skeletons, and associated funerary objects.

IT IS SO STIPULATED.

DATED: May 4, 2012               McMANIS FAULKNER

 

                                        /s/ *Elizabeth Pipkin*
                                        ELIZABETH PIPKIN

Attorneys for Petitioners and Plaintiffs

DATED: May 4, 2012  MUNGER, TOLLES & OLSON LLP

/s/ *Michelle T. Friedland*
MICHELLE T. FRIEDLAND

Attorneys for Respondents and Defendants

## [PROPOSED] PRELIMINARY INJUNCTION

The Court has considered the parties' stipulation for entry of a preliminary injunction. Pursuant to the parties' stipulation and good cause appearing, THE COURT NOW ENTERS THE FOLLOWING PRELIMINARY INJUNCTION:

Defendants The Regents of the University of California, Mark G. Yudof, Marye Anne Fox, Gary Matthews, Does 1-50, their employees, agents, servants, assigns, and all those acting in concert with them, including but not limited to, the San Diego Archaeological Center, ARE HEREBY ENJOINED AND RESTRAINED until entry of judgment in this action from changing in any manner the current condition and location of the La Jolla Skeletons, and associated funerary objects.

IT IS SO ORDERED.

Dated: 5/7/12

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

## GENERAL ORDER 45 ATTESTATION

In compliance with General Order 45, X.B., I, Michelle Friedland, the filer of this document, hereby attest that all the above counsel concurred in this filing.

1  DATED: May 4, 2012

3                                              By:    */s/ Michelle Friedland*
                                                       MICHELLE FRIEDLAND