JAMES McMANIS (40958)
CHRISTINE PEEK (234573)
LAUREN COATNEY (283593)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    (408) 279-8700
Facsimile:    (408) 279-3244
Email:        cpeek@mcmanislaw.com

Attorneys for Petitioners and Plaintiffs,
TIMOTHY WHITE,
ROBERT L. BETTINGER, and
MARGARET SCHOENINGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY WHITE, an individual; ROBERT L. BETTINGER, an individual; and MARGARET SCHOENINGER, an individual,<br><br>Petitioners and Plaintiffs,<br><br>vs.<br><br>THE UNIVERSITY OF CALIFORNIA; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; MARK G. YUDOF, in his individual and official capacity as President of the University; MARYE ANNE FOX, in her individual and official capacity as Chancellor of the University of California, San Diego; GARY MATTHEWS, in his individual and official capacity as Vice Chancellor of the University of California, San Diego; KUMEYAAY CULTURAL REPATRIATION COMMITTEE; and DOES 1-50, inclusive,<br><br>Respondents and Defendants. | Case No. C 12-01978 (RS)<br><br>**STIPULATION TO EXTEND PRELIMINARY INJUNCTION; [PROPOSED] ORDER EXTENDING PRELIMINARY INJUNCTION** |

**STIPULATION**

WHEREAS, on or about May 7, 2012, this Court entered a Preliminary Injunction enjoining defendants, the Regents of the University of California, Mark G. Yudof, Marye Anne Fox, Gary Matthews, Does 1-50, their employees, agents, servants, assigns, and all those acting in concert with them, including but not limited to the San Diego Archaeological Center, from "changing in any manner the current condition and location of the La Jolla Skeletons, and associated funerary objects."

WHEREAS, the Preliminary Injunction further provided that defendants are enjoined and restrained "until entry of judgment in this action."

WHEREAS, on October 9, 2012, this Court granted defendants' motion to dismiss this action.

WHEREAS, judgment has not yet been entered.

THEREFORE, to avoid burdening this Court with an immediate motion for a further injunction, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

The Regents of the University of California, Mark G. Yudof, Pradeep K. Khosla,[1] Gary Matthews, Does 1-50, their employees, agents, servants, assigns, and all those acting in concert with them, including but not limited to, the San Diego Archaeological Center, ARE HEREBY ENJOINED AND RESTRAINED from changing in any manner the current condition and location of the La Jolla Skeletons, and associated funerary objects, until 30 days from the date judgment is entered in this action.

IT IS SO STIPULATED.

DATED: October 16, 2012                           McMANIS FAULKNER

/s/ Christine Peek
CHRISTINE PEEK
Attorneys for Petitioners and Plaintiffs

---

[1] Pradeep K. Khosla has succeeded Marye Anne Fox as Chancellor and is therefore automatically substituted as defendant in the official-capacity claims against her. Fed. R. Civ. P. 25(d).

STIPULATION TO EXTEND PRELIMINARY INJUNCTION; [~~PROPOSED~~] ORDER EXTENDING PRELIMINARY INJUNCTION, Case No. C 12-01978 (RS)
18979193.1

DATED: October 16, 2012                                    MUNGER, TOLLES & OLSON LLP

/s/ Michelle T. Friedland
MICHELLE T. FRIEDLAND
Attorneys for Respondents and Defendants

## ~~[PROPOSED]~~ ORDER EXTENDING PRELIMINARY INJUNCTION

The Court has considered the parties' stipulation to extend the Preliminary Injunction entered on May 7, 2012. Pursuant to the parties' stipulation and good cause appearing, THE COURT NOW ENTERS THE FOLLOWING ORDER:

The Regents of the University of California, Mark G. Yudof, Pradeep K. Khosla, Gary Matthews, Does 1-50, their employees, agents, servants, assigns, and all those acting in concert with them, including but not limited to, the San Diego Archaeological Center, ARE HEREBY ENJOINED AND RESTRAINED from changing in any manner the current condition and location of the La Jolla Skeletons, and associated funerary objects, until 30 days from the date judgment is entered in this action.

IT IS SO ORDERED.

DATED: October 17, 2012

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

### GENERAL ORDER 45 ATTESTATION

In compliance with General Order 45, X.B., I, Christine Peek, the filer of this document, hereby attest that all the above counsel concurred in this filing.

/s/ Christine Peek
CHRISTINE PEEK
Attorneys for Petitioners and Plaintiffs