JAMES McMANIS (40958)
CHRISTINE PEEK (234573)
LAUREN COATNEY (283593)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    (408) 279-8700
Facsimile:    (408) 279-3244
Email:        cpeek@mcmanislaw.com

Attorneys for Petitioners and Plaintiffs,
TIMOTHY WHITE,
ROBERT L. BETTINGER, and
MARGARET SCHOENINGER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY WHITE, an individual; ROBERT L. BETTINGER, an individual; and MARGARET SCHOENINGER, an individual, <br><br> Petitioners and Plaintiffs, <br><br> vs. <br><br> THE UNIVERSITY OF CALIFORNIA; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; MARK G. YUDOF, in his individual and official capacity as President of the University; MARYE ANNE FOX, in her individual and official capacity as Chancellor of the University of California, San Diego; GARY MATTHEWS, in his individual and official capacity as Vice Chancellor of the University of California, San Diego; KUMEYAAY CULTURAL REPATRIATION COMMITTEE; and DOES 1-50, inclusive, <br><br> Respondents and Defendants. | Case No. C 12-01978 (RS) <br><br> **STIPULATION FOR INJUNCTION PENDING APPEAL; [PROPOSED] ORDER** |

---

STIPULATION FOR INJUNCTION PENDING APPEAL; [PROPOSED] ORDER, Case No. C 12-01978 (RS)

**STIPULATION**

WHEREAS, on or about October 17, 2012, this Court entered a stipulated Preliminary Injunction enjoining defendants, the Regents of the University of California, Mark G. Yudof, Pradeep K. Khosla, Gary Matthews, Does 1-50, their employees, agents, servants, assigns, and all those acting in concert with them, including but not limited to, the San Diego Archaeological Center, from "changing in any manner the current condition and location of the La Jolla Skeletons, and associated funerary objects, until 30 days from the date judgment is entered in this action."

WHEREAS, judgment was entered in this action on or about October 17, 2012.

THEREFORE, to avoid burdening this Court with a motion for a further injunction pending appeal, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

The Regents of the University of California, Mark G. Yudof, Pradeep K. Khosla, Gary Matthews, Does 1-50, their employees, agents, servants, assigns, and all those acting in concert with them, including but not limited to, the San Diego Archaeological Center, ARE HEREBY ENJOINED AND RESTRAINED from changing in any manner the current condition and location of the La Jolla Skeletons, and associated funerary objects, while this action is pending on appeal before the Ninth Circuit Court of Appeals, until 30 days after the Ninth Circuit's issuance of mandate.

IT IS SO STIPULATED.

DATED:  October 24, 2012                     McMANIS FAULKNER

/s/  Christine Peek
CHRISTINE PEEK
Attorneys for Petitioners and Plaintiffs

DATED:  October 24, 2012                     MUNGER, TOLLES & OLSON LLP

/s/  Michelle T. Friedland
MICHELLE T. FRIEDLAND
Attorneys for Respondents and Defendants

1
STIPULATION FOR INJUNCTION PENDING APPEAL; [PROPOSED] ORDER, Case No. C 12-01978 (RS)

# [~~PROPOSED~~] ORDER EXTENDING PRELIMINARY INJUNCTION

The Court has considered the parties' Stipulation for Injunction Pending Appeal. Pursuant to the parties' stipulation and good cause appearing, THE COURT NOW ENTERS THE FOLLOWING ORDER:

The Regents of the University of California, Mark G. Yudof, Pradeep K. Khosla, Gary Matthews, Does 1-50, their employees, agents, servants, assigns, and all those acting in concert with them, including but not limited to, the San Diego Archaeological Center, ARE HEREBY ENJOINED AND RESTRAINED from changing in any manner the current condition and location of the La Jolla Skeletons, and associated funerary objects, while this action is pending on appeal before the Ninth Circuit Court of Appeals, until 30 days after the Ninth Circuit's issuance of mandate.

IT IS SO ORDERED.

DATED: October _25_, 2012

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

## GENERAL ORDER 45 ATTESTATION

In compliance with General Order 45, X.B., I, Christine Peek, the filer of this document, hereby attest that all the above counsel concurred in this filing.

/s/  Christine Peek
CHRISTINE PEEK
Attorneys for Petitioners and Plaintiffs

---

2
STIPULATION FOR INJUNCTION PENDING APPEAL; [~~PROPOSED~~] ORDER, Case No. C 12-01978 (RS)