FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 01 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TIMOTHY WHITE; et al.,<br><br>　　　　Plaintiffs - Appellants,<br><br>v.<br><br>UNIVERSITY OF CALIFORNIA; et al.,<br><br>　　　　Defendants - Appellees. | No. 12-17489<br><br>D.C. No. 3:12-cv-01978-RS<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

Before: THOMAS, Chief Judge.

　　Appellants' motion to stay the mandate for 90 days is granted pending the

filing of a petition for writ of certiorari to the United States Supreme Court.