UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 27 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TIMOTHY WHITE; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> UNIVERSITY OF CALIFORNIA; et al., <br><br> Defendants - Appellees. | No. 12-17489 <br><br> D.C. No. 3:12-cv-01978-RS <br> U.S. District Court for Northern California, San Francisco <br><br> **MANDATE** |

The judgment of this Court, entered August 27, 2014, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Rhonda Roberts
Deputy Clerk